USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Adrienne Wolff,

              Plaintiff *Pro Se*,

v.

Yeshiva University,

              Defendant.
------------------------------x

07-cv-11184(LAK)

HON. LEWIS A KAPLAN:

### ORDER

    By letter dated March 25, 2008, plaintiff *pro se* was warned that pursuant to Federal Rule of Civil Procedure 4(m) failure to serve the complaint within 120 days after its filing would result in dismissal of the case. However, since plaintiff changed addresses contemporaneously, and the letter was returned as "unclaimed," upon its own initiative the Court is extending plaintiff pro se's time to serve the defendants. Plaintiff *pro se* shall make arrangements to have the summons and complaint promptly served on defendant by filling out and forwarding to the U.S. Marshal the forms available fro the Court's Pro Se office. **If service is not made upon the defendant, or plaintiff fails to show good cause why such service has not been effected, Judge Kaplan will dismiss the action on May 23, 2008.**

    Plaintiff *pro se* is required to advise the Clerk of the Court and Judge Kaplan's chambers of any further changes of address. Any future failure by plaintiff to keep the Court informed of her address may result in dismissal of her case.

    If plaintiff *pro se* needs assistance with court procedures, she may contact the Pro Se Clerk at the United States Courthouse, 500 Pearl Street, New York, NY 10007. The telephone number for the Pro Se Clerk is (212) 805-0175.

So Ordered:

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, NY
April 23, 2008