UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ADRIENNE WOLFF,

                        Plaintiff,        07-CV-11184 (LAK/THK)

    - against -

YESHIVA UNIVERSITY,

                        Defendant.

---------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through its attorneys, that the action and claims by Plaintiff against Defendant shall be and hereby are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
         June 27, 2008

ADRIENNE WOLFF                               SEYFARTH SHAW LLP

_____                            By: _____
6 Heritage Court                                  Dov Kesselman, Esq.
Oak Ridge, NJ 07438                     620 Eighth Avenue
(973) 97-1272                                    New York, New York 10018
                                                  (212) 218-5507
Plaintiff Pro Se                                 Attorneys for Defendant

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

NYI 26518569 3

_____
           7/21/08    U.S.D.J.